UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:17-CR-11-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| DAVID PARKER, | ) | |
|         Defendant | ) | |
| | ) | |

Motion having been made and the Court being sufficiently advised; **IT IS HEREBY ORDERED** that the Defendant's Motion to Excuse Local Counsel from appearing at the arraignment set for July 11, 2017 is GRANTED.

    **SO ORDERED.**

This 22nd day of June, 2017.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge