# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. David Parker                      Docket No. 7:17-CR-11-1FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, David Parker, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 1st day of March, 2017.

The defendant appeared before Robert B. Jones, Jr., U.S. Magistrate Judge, for arraignment on the 11th day of July, 2017, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Parker has been participating in individual substance abuse treatment sessions since May 10, 2017. During those sessions, Mr. Parker revealed suffering childhood trauma that the treatment provider believed would be better addressed through the addition of mental health treatment. Mr. Parker has expressed a willingness to participate in said treatment and has requested the assistance of the probation office in facilitating treatment. It is respectfully requested that the conditions of release be modified to include participation in mental health treatment as directed by the probation officer.

Mr. Parker has signed a Waiver of Hearing agreeing to modify the conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial supervision be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                      /s/ Kristyn Super
Robert L. Thornton                          Kristyn Super
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                              200 Williamsburg Pkwy, Unit 2
                                                              Jacksonville, NC 28546-6762
                                                              Phone: 910-346-5104
                                                              Executed On: July 12, 2017

**David Parker**
**Docket No. 7:17-CR-11-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the __13th__ day of _____July_____, 2017, and ordered filed and made part of the records in the above case.

_/s/ Louise W. Flanagan_
Louis W. Flanagan
U.S. District Judge