UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:17-CR-11-1FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) ORDER |
| v. | ) |
| DAVID PARKER, | ) |
| Defendant | ) |
| | ) |

## ORDER

Motion having been made and the Court being sufficiently advised IT IS HEREBY ORDERED that the Motion for Leave to File Sealed Document is GRANTED.

SO ORDERED: This 27th day of September, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge