UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:17-CR-11-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | )    **ORDER** |
| v. | ) |
| **DAVID PARKER,** | ) |
|         **Defendant** | ) |
| | ) |

Motion having been made and the Court being sufficiently advised; **IT IS HEREBY ORDERED** that the Defendant's Motion to Excuse Local Counsel is **GRANTED.**

**SO ORDERED.**

This the 13th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge