IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-11-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DAVID PARKER | : |

## ORDER OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 21 U.S.C. § 853, as proceeds of the unlawful activity of the defendant, or property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations as charged in the Criminal Indictment.

The defendant pled guilty to Count One of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, 1) an amount of $40,000.00, which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of his offenses, and any firearm or ammunition recovered, specifically, 2) an AK-47 WASR-10 rifle, serial number A11653513RO and magazine; and 3) an AR-15 rifle, serial number GT0C99125 and magazine.

By virtue of the defendant's guilty plea and agreement, and the defendant's guilty plea to an offense in violation of 21 U.S.C. § 846, the United States is now entitled to the defendant's interest in $40,000.00 which was agreed to by the Defendant, pursuant to 21 U.S.C. § 853;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant DAVID PARKER, the United States is hereby authorized to seize the above-stated personal property, that is, any firearm or ammunition recovered, specifically, an AK-47 WASR-10 rifle, serial number A11653513RO and magazine; and, an AR-15 rifle, serial number GT0C99125 and magazine, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That based upon the defendant's guilty plea and agreement, the above-listed $40,000.00 which was agreed to by the Defendant is forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S.

Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This 10th day of January, 2017.

LOUISE W. FLANAGAN
United States District Judge