UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. David Parker                                                 Docket No. 7:17-CR-11-1FL

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Parker, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute a Quantity of Anabolic Steroids, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(E), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 22 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

David Parker was released from custody on September 3, 2019, at which time the term of supervised release commenced.

On October 31, 2019, a Violation Report was submitted to the court reporting that the defendant tested positive for morphine on October 23, 2019. At that time, supervision was permitted to continue. The defendant was scheduled to begin outpatient substance abuse counseling and his participation in the Surprise Urinalysis Program was increased to the highest level.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 4, 2019, the defendant submitted to a urinalysis screening, which was confirmed as positive for Buprenorphine and Norbuprenorphine by Alere Laboratories on November 10, 2019. Parker was confronted with the results of this screening and reported that the use of this substance occurred prior to the submission of the previous violation report on October 31, 2019. Additionally, his most recent urinalysis screening submitted on November 12, 2019 was determined to be negative for all substances. It is noted that at the time of sentencing, it was ordered that the defendant participate in the DROPS Program; however, due to changes in agency practice, that program is no longer being utilized. As such, it is respectfully recommended that the defendant's conditions of supervised release be modified and that this condition be removed. He was reminded that the use of controlled substances would not be tolerated and that continued violation conduct will result in court action.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified and the condition ordering that the defendant participate in the DROPS Program be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: November 22, 2019 |

## ORDER OF THE COURT

Considered and ordered this __26th__ day of __November__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge