UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-11-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID PARKER | ORDER |

    This matter came before the Court on March 5, 2020 for a revocation hearing of the defendant. The defendant's term of supervised release was revoked, and the defendant was ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment until the defendant was approved and accepted into an inpatient substance abuse treatment facility. The Court directed the parties to submit a jointly proposed form of order memorializing defendant's acceptance to a treatment facility and directing his immediate release from the Bureau of Prisons to the facility.

    Upon agreement of the parties, the defendant advises the Court that he has been approved to attend the six-month stabilization program at Hope Recovery Homes, Inc., 1412 Bridges Street, Morehead City, North Carolina 28557.

    IT IS THEREFORE ORDERED that:

1. Defendant David Parker shall be immediately released and, at such time, transported to Hope Recovery Homes, Inc. The United States Marshal shall release the defendant to the custody of Heather Stanley or such other person or entity as identified and approved by the United States Probation Office for transport of the defendant on the same day to Hope Recovery Homes, Inc. following his release.

2. Defendant David Parker shall successfully complete the inpatient treatment program and abide by all rules and conditions of Hope Recovery Homes, Inc. for a period of at least six (6) months. The defendant shall continuously reside at Hope Recovery Homes, Inc. for the duration of the program.

3. Upon completion or dismissal from the inpatient treatment program at Hope Recovery Homes, Inc., Defendant David Parker shall inform the United States Probation Office within twenty-four (24) hours of his release from Hope Recovery Homes, Inc., and shall self-report to the United States Probation Office at a time and date to be determined by the United States Probation Office.

IT IS FURTHER ORDERED that except as herein stated, all conditions of the Judgment shall remain in full force and effect.

The Clerk is DIRECTED to send a copy of this ORDER to the United States Marshals Service.

SO ORDERED.

This 18th day of March, 2020.

                                                LOUISE W. FLANAGAN
                                              UNITED STATES DISTRICT JUDGE

Respectfully submitted this 17th day of March, 2020.

                                          G. ALAN DUBOIS
                                          Federal Public Defender

                                          ***/s/ Cindy Johnson***
                                          CINDY JOHNSON
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Office of the Federal Public Defender
                                          150 Fayetteville Street, Suite 450
                                          Raleigh, North Carolina 27601
                                          Telephone: 919-856-4236
                                          Fax: 919-856-4477
                                          E-mail: Cindy_Johnson@fd.org
                                          N.C. State Bar No. 41788
                                          LR 57.1 Counsel Appointed

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

ERIN BLONDEL
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601

by electronically filing the foregoing with the Clerk of Court on March 17, 2020, using the CM/ECF system which will send notification of such filing to the above.

      This the 17th day of March, 2020.

                                      ***/s/ Cindy Johnson***
                                      CINDY JOHNSON
                                      Assistant Federal Public Defender
                                      Attorney for Defendant
                                      Office of the Federal Public Defender
                                      150 Fayetteville Street, Suite 450
                                      Raleigh, North Carolina 27601
                                      Telephone: 919-856-4236
                                      Fax: 919-856-4477
                                      E-mail: Cindy_Johnson@fd.org
                                      N.C. State Bar No. 41788
                                      LR 57.1 Counsel Appointed