UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:17-CR-11-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER FOR DESTRUCTION OF PROPERTY |
| vs. | ) | |
| **David Parker** | ) | |

On January 10, 2018, David Parker appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Anabolic Steroids, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(E), was sentenced to the custody of the Bureau of Prisons for a term of 22 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 3 years upon release from imprisonment. David Parker was released from custody and the term of supervised release commenced on September 3, 2019. On January 13, 2022, the court revoked Mr. Parker's supervised release.

On September 22, 2021, the United States Probation Office detected the defendant's attempt to defraud a urinalysis test by concealing urine in a Scope bottle, which was confiscated. The probation office seeks the court's approval for destruction of the property, as it is no longer needed.

**IT IS, THEREFORE, ORDERED** that the property be destroyed by the probation office.

This the 13th day of June, 2023.

Louise W. Flanagan
U.S. District Judge